# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MISTY BISHOP**                                                                    **PLAINTIFF**

v.                      Case No. 4:25-cv-00111-LPR-JJV

**JOHN KIRBY,** *et al.*                                        **DEFENDANTS**

## ORDER

On February 6, 2025, a prisoner filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 listing Misty Bishop and several other individuals as plaintiffs.[1] Because she did not sign the Complaint, it was unclear if Ms. Bishop intended to participate in the lawsuit. Nevertheless, pursuant to Court policy, the Clerk severed the Complaint into four separate lawsuits, with the above number being assigned to Ms. Bishop's case.

On February 10, 2025, the Court entered an Order directing Ms. Bishop to, within thirty (30) days, either pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Ms. Bishop that her failure to comply with the Order would cause her Complaint to be dismissed.[3] Ms. Bishop has not complied with or otherwise responded to the February 10, 2025 Order, and the time for doing so has expired.

Accordingly, Ms. Bishop's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] *Id.*

IT IS SO ORDERED this 20th day of March 2025.

                                                        LEE P. RUDOFSKY
                                                        UNITED STATES DISTRICT JUDGE